DLD-266

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 17-1722
_____

IN RE: WILLIAM A. WHITE,
                                   Petitioner
_____

On a Petition for Writ of Mandamus from the
United States District Court for the Eastern District of Pennsylvania
(Related to E.D. Pa. Crim. No. 2:03-mj-00137-1)
_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
May 25, 2017
Before: CHAGARES, VANASKIE, and KRAUSE, Circuit Judges
_____

**JUDGMENT**
_____

    This cause came to be considered on a petition for writ of mandamus submitted on May 25, 2017. On consideration whereof, it is now hereby

    ORDERED and ADJUDGED by this Court that the petition for writ of mandamus be, and the same is, denied. All of the above in accordance with the opinion of the Court.

                                                              ATTEST:

                                                               s/Marcia M. Waldron
                                                               Clerk

DATED: June 13, 2017



A True Copy:

Marcia M. Waldron, Clerk